JOSEPH N. VACCARELLA, PLAINTIFF-PETITIONER, v. WALTER E. SCHLEMM, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

Mr. *A. Michael Lepore* for the petitioner.

Mr. *Lewis M. Holland* and *Messrs. Warren, Chasan & Leyner* for the respondents.

April 17, 1961.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN MARZAK, DEFENDANT-PETITIONER.

*Messrs. Marinello, Cundari & Soriano, Mr. Leon S. Wolk* and *Mr. Allen J. Simonson* for the petitioner.

Mr. *Brendan T. Byrne, Mr. C. William Caruso* and *Mr. Maurice J. McKeown* for the respondent.

April 17, 1961.   Denied.